IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **INTERCURRENCY SOFTWARE LLC**<br><br>Plaintiffs,<br><br>v.<br><br>**AIRWALLEX (SINGAPORE) PTE. LTD.**<br><br>Defendant. | Case No. 2:24-cv-1011-JRG |

## [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS

On this date the Court considered Defendant's Motion to Dismiss for Lack of Personal Jurisdiction, Failure to State a Claim, and Improper Service.  After considering the motion and argument, the Court finds that the motion should be GRANTED.  (Dkt. ___).

It is therefore ORDERED that all claims asserted by Plaintiff against Defendant are hereby DISMISSED WITH PREJUDICE.