# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC,<br>*Plaintiff,*<br>v.<br>AIRWALLEX PTY. LTD.,<br>*Defendant.* | § § § § § § § § | CIVIL ACTION NO. 2:24-CV-1011-JRG<br>(Lead Case) |
| INTERCURRENCY SOFTWARE LLC,<br>*Plaintiff,*<br>v.<br>TOR CURRENCY EXCHANGE LTD.,<br>*Defendant.* | § § § § § § § § | CIVIL ACTION NO. 2:25-CV-57-JRG<br>(Member Case) |

## **ORDER**

The Court issues this Order *sua sponte*. On April 9, 2025, the Court noticed the parties through their counsel that the above-captioned case was set for a scheduling conference in Marshall, Texas on May 28, 2025. (Dkt. No. 14). Nevertheless, counsel for Defendant Tor Currency Exchange Ltd. failed to appear for such scheduling conference.

Accordingly, counsel for Defendant Tor Currency Exchange Ltd., including but not necessarily limited to Mr. Erik J. Halverson and Mr. Theodore J. Angelis, are hereby **ORDERED** to appear and show cause why they should not be held in contempt for failing to appear at the Court's May 28, 2025 conference. This show-cause hearing shall be held at the Sam B. Hall Federal Building and United States Courthouse, 100 East Houston Street, Marshall, Texas 75670, on **Wednesday, June 11, at 9:00 a.m.**

So ORDERED and SIGNED this 29th day of May, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE