IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| **INTERCURRENCY SOFTWARE LLC**<br><br>**Plaintiff,**<br><br>v.<br><br>**AIRWALLEX PTY. LTD.**<br><br>**Defendant.** | Case No. 2:24-cv-1011-JRG<br><br>LEAD CASE |

**AIRWALLEX PTY. LTD.'S**
**CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1(A)**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Airwallex Pty. Ltd. states that it is a wholly owned subsidiary of Airwallex (Cayman) Limited. No publicly held corporation owns 10% or more of its stock.

1

| | |
|---|---|
| Dated: May 30, 2025 | */s/   Geoffrey Culbertson*<br>Geoffrey Culbertson<br>Texas Bar No. 24045732<br>Kelly B. Tidwell<br>Texas Bar No. 20020580<br>PATTON TIDWELL & CULBERTSON LLP<br>2800 Texas Boulevard<br>Texarkana, TX 75503<br>Telephone: (903) 792-7080<br>Email: gpc@texarkanalaw.com<br>          kbt@texarkanalaw.com<br><br>*/s/   B. Clayton McCraw*<br>B. Clayton McCraw (*pro hac vice* pending)<br>Nan Zhang (*pro hac vice* pending)<br>MAYER BROWN LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>Telephone: (212) 506-2500<br>Email: cmccraw@mayerbrown.com<br>          nzhang@mayerbrown.com<br><br>*Attorneys for Defendant Airwallex Pty. Ltd.* |

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this notice was served on all counsel who have consented to electronic service, Local Rule CV-5(a)(3)(A), on May 30, 2025.

By: */s/ Geoffrey Culbertson*
     Geoffrey Culbertson