# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC, *Plaintiff*, v. AIRWALLEX PTY. LTD., *Defendant.* | § § § § § § § § | CIVIL ACTION NO. 2:24-CV-1011-JRG (Lead Case) |
| INTERCURRENCY SOFTWARE LLC, *Plaintiff*, v. TOR CURRENCY EXCHANGE LTD., *Defendant.* | § § § § § § § § | CIVIL ACTION NO. 2:25-CV-57-JRG (Member Case) |

## ORDER

Before the Court is the Notice of Voluntary Dismissal with Prejudice (Dkt. No. 34) filed by Plaintiff Infogation Corporation. In the Notice, Plaintiff identifies that it has dismissed its case against Defendant Tor Currency Exchange Ltd. with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.* at 1).

Having considered the Notice, the Court **ACCEPTS** and **ACKNOWLEDGES** that all claims in Member Case No. 2:25-cv-57-JRG are **DISMISSED WITH PREJUDICE**. Each party in said case is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in said case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Member Case No. 2:25-cv-57-JRG. The Clerk of Court is directed to **MAINTAIN AS OPEN** Lead Case No. 2:24-cv-1011-JRG.

**So Ordered this**

**Jun 19, 2025**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE