IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| INTERCURRENCY SOFTWARE LLC, § | | |
| *Plaintiff*, § | | |
| § | | |
| v. § | CIVIL ACTION NO. 2:24-CV-1011-JRG | |
| § | | |
| AIRWALLEX PTY. LTD., § | | |
| *Defendant*. § | | |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice (Dkt. No. 51) filed by Plaintiff Intercurrency Software LLC and Defendant Airwallex Pty. Ltd.  In the Stipulation, those parties agree to the dismissal of all claims against Defendant Airwallex Pty. Ltd. in Case No. 2:24-cv-1011 with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  (*Id.* at 1).

Having considered the Stipulation, and noting that it was filed jointly, the Court **ACCEPTS** and **ACKNOWLEDGES** that all claims by Plaintiff against Defendant Airwallex Pty. Ltd. in Case No. 2:24-cv-1011 are **DISMISSED WITH PREJUDICE**.  Each party is to bear its own costs, expenses, and attorneys' fees.  All pending requests for relief against Defendant Airwallex Pty. Ltd. in Case No. 2:24-cv-1011 not explicitly granted herein are hereby **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** Case No. 2:24-cv-1011 as no parties or claims remain.

So ORDERED and SIGNED this 19th day of September, 2025.

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE